# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 97-4290

_____

Candace Mae Odom,                    *
                                     *
          Appellant,                 *
                                     *   Appeal from the United States
     v.                              *   District Court for the
                                     *   Western District of Arkansas.
Polk Furniture & Interiors,          *
                                     *      [UNPUBLISHED]
          Appellee.                  *

_____

Submitted: July 2, 1998.
Filed: July 6, 1998

_____

Before FAGG, BEAM, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Candace Mae Odom appeals the district court's[1] grant of summary judgment to Polk Furniture & Interiors on her employment discrimination claims and her pendent state law claim. After de novo review, we affirm the judgment with regard to Odom's federal claims. See 8th Cir. R. 47B. As to Odom's state law claim, we modify the dismissal to be without prejudice.

_____

[1]The Honorable H. Franklin Waters, Chief Judge, United States District Court for the Western District of Arkansas

A true copy.

Attest:

           CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.